```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MONDANO,

                Plaintiff,

-against-

DAVID C. BANKS et al.,

                Defendants.

24-CV-03266 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On May 9, 2024, Plaintiff filed a motion for preliminary injunction. *See* Dkt. No. 11.  It is hereby ORDERED that Defendants shall file any opposition to the motion by **May 16, 2024**, and Plaintiff shall file any reply by **May 20, 2024**.

      It is further ORDERED that counsel for all parties shall appear for a preliminary injunction hearing with the Court on **Wednesday, May 22, 2024, at 11:00 a.m.**  The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Dated: May 9, 2024
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge