USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MONDANO,

                  Plaintiff,

       -against-

DAVID C. BANKS et al.,

                  Defendants.

24-CV-03266 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      In the Complaint, Plaintiff alleged that Plaintiff had received a Pendency Order from Impartial Hearing Order Renee Adonis dated August 31, 2023, which Plaintiff noted it had attached at Exhibit 8 to the Complaint. *See* Complaint, Dkt. No. 1 ¶¶ 87-88. Plaintiff also referred to the Pendency Order in its brief in support of a preliminary injunction. Dkt. No. 11. However, Plaintiff did not attach the Pendency Order to the Complaint.

      It is hereby ORDERED that Plaintiff shall file the Pendency Order on the docket by **May 15, 2024.**

Dated: May 13, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge